UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD GUERRA,                       )
    Plaintiff                       )
                                     )
            v.                       ) C.A. No. 11-cv-10011-MAP
                                     )
FARMLAND FOODS, INC.,                )
    Defendant                       )


MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Dkt. No. 18)

March 20, 2012

PONSOR, U.S.D.J.

    For the reasons stated in open court following oral argument on March 19, 2012, Defendant's Motion for Summary Judgment (Dkt. No. 18) is hereby ALLOWED with regard to any claim for discriminatory termination or hostile work environment based upon religion.  With regard to claims for discriminatory termination or hostile work environment based upon race or disability, the motion is DENIED.  Viewing the facts in the light most favorable to Plaintiff, there is sufficient (though perhaps not overwhelming) evidence that would justify a jury in returning a verdict in favor of Plaintiff.

    Counsel are advised that one older case is currently scheduled for trial on May 7, 2012.  Counsel should be prepared to go to trial on May 7 if this case settles and to

discuss alternate dates for trial, if necessary, at the Final Pretrial Conference on April 19, 2012 at 2:00 p.m.

    It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        **MICHAEL A. PONSOR**
                                        U. S. District Judge